■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAL WILLIAMS, Appellant. [51 NYS3d 870]—

Order, Supreme Court, New York County (Ruth Pickholz, J.), entered February 23, 2016, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument, or were outweighed by the seriousness of the underlying offense, in which defendant was convicted of first-degree course of sexual conduct against a child. Concur—Sweeny, J.P., Richter, Andrias, Feinman and Kahn, JJ.